JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEENA HOLGUIN, CARLOS HOLGUIN, and ANDREW HOLGUIN,<br><br>　　　　　Plaintiff,<br>vs.<br><br>AMGUARD INSURANCE COMPANY; BERKSHIRE HATHAWAY GUARD INSURANCE COMPANY,<br><br>　　　　　Defendants. | CASE NO.: 2:23-cv-08345 JFW (MARx)<br><br>Assigned to Hon. John F. Walter<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

## ORDER

　　Based on the parties' Joint Stipulation of Dismissal with Prejudice, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

　　IT IS SO ORDERED.

**DATED: April 16, 2024**　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. John F. Walter